UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-61376-Civ-DIMITROULEAS/Snow

NORBEY RAMIRO BOLIVAR SANCHEZ,

    Petitioner,

vs.

ANDREA RINCONES CANO,

    Respondent.
_____/

**REPORT AND RECOMMENDATION**

THIS CAUSE is before the Court on the Petitioner's Motion for Bill of Costs (Docket Entry 32), which was referred to United States Magistrate Judge Lurana S. Snow for report and recommendation.

I. PROCEDURAL HISTORY

On September 1, 2009, the petitioner filed a complaint pursuant to the Hague Convention and 42 U.S.C. § 11603 for the respondent to return his son to Colombia and to pay costs pursuant to 42 U.S.C. § 11607. The Court set the matter for hearing. The hearing was postponed when the Court granted the plaintiff's motion to allow the parties to engage in mediation. (DE 9) Mediation was unsuccessful and the respondent filed an answer to the complaint. (DE 14)

The parties engaged in expedited discovery. (DE 17) The Court held an evidentiary hearing October 13, 2009. (DE 27) The Court ordered the respondent to return the child to the petitioner's custody on or before November 16, 2009. The Court

deferred ruling on the statutory provision for costs and expenses pursuant to 42 U.S.C. § 11607 until the parties had fully addressed the issue. (DE 28)

The petitioner filed the instant Bill of Costs on November 16, 2009, which was docketed as a Motion for Bill of Costs.  The motion is unopposed.

## II.   RECOMMENDATIONS OF LAW

Title 42 U.S.C. § 11067(b)(3) provides that "[a]ny court ordering the return of a child pursuant to an action brought under section 11603 of this title shall order the respondent to pay the necessary expenses incurred by or on behalf of the petitioner, including court costs . . . unless the respondent establishes that such order would clearly be inappropriate."

The petitioner seeks costs in the amount of $1,610.50 comprising  the $350.00 filing fee, $118.00 for service of process and $1,142,50 for translator's fees for the October 13, 2009, hearing.  The undersigned finds these costs to be reasonable. The respondent has not shown that an order for costs would clearly be inappropriate.  The Court should grant the motion and order the respondent to pay costs in the amount of $1,610.50.

## III. CONCLUSION

This Court having considered carefully the pleadings, arguments of counsel, and the applicable case law, it is hereby

RECOMMENDED that the Motion for Bill of Costs (DE 32) be GRANTED, and the respondent be ordered to pay the petitioner costs in the amount of $1,610.50.

The parties will have 14 days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, for consideration by The Honorable William P. Dimitrouleas, United States District Judge. Failure to file objections timely shall bar the parties from attacking on appeal factual findings contained herein. LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 18th day of December, 2009.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Karen P. Finesilver, Esq. (P)
Alexander J. Alfano, Esq. (R)