UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61376-CIV-DIMITROULEAS

NORBEY RAMIRO BOLIVAR SANCHEZ,

                                                                                                    Magistrate Judge Snow

      Petitioner,

vs.

ANDREA RINCONES CANO,

      Respondent.
_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE is before the Court upon the Petitioner's Bill of Costs [DE 32] and the Report and Recommendation of Magistrate Judge Lurana S. Snow, dated December 18, 2009 [DE 34]. The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed. As no timely objections were filed, any factual findings by the Magistrate Judge in the Report are hereby adopted and deemed incorporated into this opinion. LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's conclusion this Court should grant the motion and that amount in costs that the petitioner seeks is reasonable.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Magistrate Judge's Report [DE 32] is hereby **ADOPTED** and **APPROVED**;

    2.    Petitioner's Bill of Costs [DE 32] is hereby **GRANTED**;

3.  Petitioner Norbey Ramiro Bolivar Sanchez shall recover from the Respondent Andrea Rincones Cano the amount of $1,610.50 for costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of January, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record